IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

THE VILLAGE AT HAMILTON POINTE LLC, d/b/a HAMILTON POINTE HEALTH AND REHABILITATION CENTER d/b/a HAMILTON POINTE ASSISTED LIVING CENTER; and d/b/a THE COTTAGES AT HAMILTON POINTE,

Defendant.

**TENDER OF PARTIES' JOINT STATEMENT OF THE CASE**

The Parties, by counsel, respectfully submit the following Joint Statement of the Case.

Respectfully submitted,

/s/ *Laurie E. Martin*
Laurie E. Martin (#26877-49)
Amanda Mulroony (#30051-49)
Katherine L. English (#35219-49)
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46244-0989
Telephone: (317) 822-4400
lmartin@hooverhullturner.com
amulroony@hooverhullturner.com
kenglish@hooverhullturner.com

*Attorneys for Defendant*

/s/ *Nedra Campbell*
Nedra Campbell
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
477 Michigan Ave., Room 865
Detroit, MI 48226
Telephone: (313) 226-3410
nedra.campbell@eeoc.gov

*Attorney for Plaintiff*

1218692

**JOINT STATEMENT OF THE CASE**

This is an employment discrimination lawsuit based on race. Title VII of the Civil Rights Act of 1964 requires an employer to provide a non-discriminatory workplace. It also prohibits racial harassment in the workplace.

Plaintiff, the United States Equal Employment Opportunity Commission, is the federal agency that interprets and enforces Title VII. The EEOC (also referred to as "the Commission") may bring a lawsuit in its own name and on behalf of individual employees. From time to time, I will refer to these individuals as "Claimants." In this case, their names are DeLoris Cook, Amber Cottrell, Angela Gilbert, Donna Grissett, Roshaun Middleton, Yana Shelby, and Aleshia Smith.

Defendant, The Village of Hamilton Pointe ("Hamilton Pointe"), is a long-term care facility that provides skilled nursing, rehabilitation and assisted-living services. It is located in Newburgh, Indiana. The Claimants were Certified Nursing Assistants ("CNAs") at Hamilton Pointe during some period of time between February 1, 2015 and October 12, 2017.

The EEOC claims that Hamilton Pointe violated Title VII of the Civil Rights Act by discriminating against the Claimants, African American CNAs who worked for Hamilton Pointe, because of their race. The EEOC contends that Hamilton Pointe violated Title VII by failing to provide a non-discriminatory workplace. The EEOC specifically contends that Hamilton Pointe granted patients' requests for no black caregivers, and subjected the Claimants to a racially hostile work environment. To succeed on behalf of any Claimant, the EEOC must prove its claim by a preponderance of the evidence as to that individual Claimant.

Hamilton Pointe denies all of the claims. It denies that any Claimant was subjected to a hostile work environment because of the Claimant's race. It denies that any alleged conduct was sufficiently severe or pervasive such that a reasonable person in each Claimant's position would find his or her work environment to be hostile or abusive. It further denies knowledge of alleged conduct, or that any Claimant believed that the alleged conduct made his or her work environment hostile or abusive at the time the conduct occurred. Furthermore, to the extent that Hamilton Pointe was alerted to any situation alleged by a Claimant to create a hostile work environment, Hamilton Pointe alleges it took reasonable steps to investigate and/or correct the situation(s).

What I have just given you is only a preliminary outline. At the end of the trial I will give you final instructions on these matters.