UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:17-cv-00147-RLY-MPB |
| THE VILLAGE AT HAMILTON POINTE LLC, d/b/a HAMILTON POINTE HEALTH AND REHABILITATION CENTER, d/b/a HAMILTON POINTE ASSISTED LIVING CENTER d/b/a THE COTTAGES AT HAMILTON POINTE, | ) | |
| Defendants. | ) | |

**PRELIMINARY JURY INSTRUCTIONS**

## PRELIMINARY INSTRUCTION NO. 1

Members of the jury, before we begin the trial, I would like to tell you a little bit about what will occur during the course of the trial. I want to briefly describe how the trial will be conducted and explain what we, me as the judge and the lawyers for both sides, will be doing. At the end of the trial, I will give you some more detailed instructions on how you are to reach your decision.

**PRELIMINARY INSTRUCTION NO. 2**

You have been selected as jurors and have taken an oath to well and truly try this case. You are to perform this duty without bias, sympathy, or prejudice for or against any party. Our system of law does not permit jurors to be governed by bias, sympathy, prejudice, or public opinion. Both the parties and the public expect that you will carefully and impartially consider all the evidence in the case, follow the law as stated by the court, and reach a just verdict, regardless of the consequences.

This case should be considered and decided by you as an action between persons of equal standing in the community, of equal worth, and holding the same or similar stations in life. The law does not favor one party over another. All persons stand equal before the law and are to be dealt with as equals in a court of justice.

**PRELIMINARY INSTRUCTION NO. 3**

It will take approximately six days for you to hear all the evidence and the arguments of counsel.

During the progress of the trial there will be periods of time during which you will be allowed to separate, such as recesses for rest periods, for lunch periods, and overnight. During those periods of time that you are outside the courtroom and are permitted to separate, you must not talk about this case among yourselves or with anyone else. In addition, you may not use cell phones, smart phones, the internet, and/or other tools of technology to communicate electronically with anyone, including family and friends, about this case through e-mail, text messaging, Twitter, Facebook, Instagram, Snapchat, TikTok, and the like.

During the trial, do not talk to any of the parties, their lawyers, or any of the witnesses. If any attempt is made by anyone to communicate with you concerning this case, or you realize a fellow juror has violated the rules against contacting third parties, you should report the fact to the court immediately. There may be publicity in the newspapers, on the radio, on television, or on the internet, concerning this trial. You should not read or listen to these accounts but should confine your attention to the court proceeding, listen attentively to the evidence as it comes from the witnesses, and reach a verdict solely upon what you hear and see in this court.

During the trial, you may not conduct any independent research about this case, the matters in the case, and the individuals or corporations involved in the case. In other

words, you should not consult dictionaries or reference materials, search the internet, or use any other electronic tools to obtain information about this case or to help you decide the case.

You should keep an open mind. You should not form or express an opinion during the trial, and you should reach no conclusion in this cause until you have heard all of the evidence, the arguments of counsel, and the final instructions as to the law, which will be given to you by the court.

**PRELIMINARY INSTRUCTION NO. 4**

The trial will proceed in the following manner:

First, Plaintiff's attorney will make an opening statement. Next, Defendants' attorney will make an opening statement. An opening statement is not evidence but is simply a summary of what the attorney expects the evidence to be.

After the opening statements, Plaintiff will call witnesses and present evidence. Then, Defendant will have an opportunity to call witnesses and present evidence.

After the evidence has been presented, the attorneys will make closing arguments and I will instruct you on the law that applies to the case.

After that, you will go to the jury room to deliberate on your verdict.

**PRELIMINARY INSTRUCTION NO. 5**

This is an employment discrimination lawsuit based on race. Title VII of the Civil Rights Act of 1964 requires an employer to provide a non-discriminatory workplace. It also prohibits racial harassment in the workplace.

Plaintiff, the United States Equal Employment Opportunity Commission, is the federal agency that interprets and enforces Title VII. The EEOC (also referred to as "the Commission") may bring a lawsuit in its own name and on behalf of individual employees. From time to time, I will refer to these individuals as "Claimants." In this case, their names are DeLoris Cook, Amber Cottrell, Angela Gilbert, Donna Grissett, Roshaun Middleton, Yana Shelby, and Aleshia Smith.

Defendant, The Village of Hamilton Pointe ("Hamilton Pointe"), is a long-term care facility that provides skilled nursing, rehabilitation, and assisted-living services. It is located in Newburgh, Indiana. The Claimants were Certified Nursing Assistants ("CNAs") at Hamilton Pointe during a period of time between February 1, 2015, and October 12, 2017. The EEOC claims that Hamilton Pointe violated Title VII of the Civil Rights Act by discriminating against the Claimants, African American CNAs who worked for Hamilton Pointe, because of their race. The EEOC contends that Hamilton Pointe violated Title VII by failing to provide a non-discriminatory workplace. The EEOC specifically contends that Hamilton Pointe granted patients' requests for no black caregivers and subjected the Claimants to a racially hostile work environment. To

succeed on behalf of any Claimant, the EEOC must prove its claim by a preponderance of the evidence as to that individual Claimant.

Hamilton Pointe denies all the claims. It denies that any Claimant was subjected to a hostile work environment because of the Claimant's race. It denies that any alleged conduct was sufficiently severe or pervasive such that a reasonable person in each Claimant's position would find his or her work environment to be hostile or abusive. It further denies knowledge of alleged conduct, or that any Claimant believed that the alleged conduct made his or her work environment hostile or abusive at the time the conduct occurred. Furthermore, to the extent that Hamilton Pointe was alerted to any situation alleged by a Claimant to create a hostile work environment, Hamilton Pointe alleges it took reasonable steps to investigate and/or correct the situation(s).

**PRELIMINARY INSTRUCTION NO. 6**

The EEOC bears the burden of proving these allegations by a preponderance of the evidence. We sometimes refer to this burden as the greater weight of the evidence.

When I say a particular party must prove something by "a preponderance of the evidence," or when I use the expression "if you find," this is what I mean: When you have considered all the evidence in the case, you must be persuaded that it is more probably true than not true.

A greater number of witnesses testifying to a fact on one side or a greater quantity of evidence introduced on one side is not necessarily of the greater weight. The evidence given upon any fact that convinces you most strongly of its truthfulness is of the greater weight.

**PRELIMINARY INSTRUCTION NO. 7**

You are the exclusive judges of the evidence, the credibility of the witnesses, and the weight to be given to the testimony of each of them. In considering the testimony of any witness, you may take into account his or her ability and opportunity to observe; the manner and conduct of the witness while testifying; any interest, bias, or prejudice the witness may have; any relationship with other witnesses or interested parties; and the reasonableness of the testimony of the witness considered in light of all of the evidence in the case.

If there are conflicts in the evidence, it is your duty to reconcile the conflicts, if you can, on the theory that each witness has testified to the truth. You should not disregard the testimony of any witness without a reason and without careful consideration. If you find conflicting testimony that you cannot reconcile, you must determine which of the witnesses you believe and which of them you disbelieve.

In weighing the testimony to determine what or whom you believe, you should use your own knowledge, experience, and common sense gained from day-to-day living.

## PRELIMINARY INSTRUCTION NO. 8

The evidence consists of the testimony of the witnesses, the exhibits admitted in evidence, and any facts that I may instruct you to find.

## PRELIMINARY INSTRUCTION NO. 9

You may have heard the phrases "direct evidence" and "circumstantial evidence." Direct evidence is proof that does not require an inference, such as the testimony of someone who claims to have personal knowledge of a fact. Circumstantial evidence is proof of a fact, or a series of facts, that tends to show that some other fact is true.

As an example, direct evidence that it is raining is testimony from a witness who says, "I was outside a minute ago and I saw it raining." Circumstantial evidence that it is raining is the observation of someone entering a room carrying a wet umbrella.

The law makes no distinction between the weight to be given to either direct or circumstantial evidence. When the time comes to deliberate on your verdict, you should consider all the evidence in the case, including the circumstantial evidence.

## PRELIMINARY INSTRUCTION NO. 10

You should use common sense in weighing the evidence and consider the evidence in light of your own observations in life.

In our lives, we often look at one fact and conclude from it that another fact exists. In law we call this "inference." A jury is allowed to make reasonable inferences. Any inference you make must be reasonable and must be based on the evidence in the case.

**PRELIMINARY INSTRUCTION NO. 11**

The following things are not evidence, and you must not consider them as evidence in deciding the facts of this case: the attorneys' statements, arguments, questions, and objections of the attorneys; any testimony that I instruct you to disregard; and anything you may see or hear when the court is not in session even if what you see or hear is done or said by one of the parties or by one of the witnesses.

Furthermore, a particular item of evidence is sometimes received for a limited purpose only. That is, it can be used by you only for one particular purpose, and not for any other purpose. I will tell you when that occurs and instruct you on the purposes for which the item can and cannot be used. You should also pay particularly close attention to such an instruction because it may not be available to you in writing later in the jury room.

**PRELIMINARY INSTRUCTION NO. 12**

From time to time during the trial I may be called upon to make rulings of law on objections or motions made by the lawyers. You should not infer or conclude from any ruling or other comment I may make that I have any opinions about how you should decide this case. And if I should sustain an objection to a question that goes unanswered by a witness, you should not guess or speculate what the answer might have been, and you should not draw any inferences or conclusions from the question itself.

**PRELIMINARY INSTRUCTION NO. 13**

At times during the trial it may be necessary for me to talk with the lawyers here at the bench out of your hearing, or by calling a recess. We meet because often during a trial something comes up that doesn't involve the jury.

We will, of course, do what we can to keep the number and length of these conferences to a minimum.

**PRELIMINARY INSTRUCTION NO. 14**

Any notes you take during this trial are only aids to your memory. The notes are not evidence. If you do not take notes, you should rely on your independent recollection of the evidence and not be unduly influenced by the notes of other jurors. Notes are not entitled to any greater weight than the recollections or impressions of each juror about the testimony.

## PRELIMINARY INSTRUCTION NO. 15

Pay close attention to the testimony as it is given. At the end of the trial you must make your decision based on what you recall of the evidence. You will not have a written transcript to consult.

## PRELIMINARY INSTRUCTION NO. 16

During the trial, I may sometimes ask a witness questions. Do not assume that because I ask questions I hold any opinion on the matters I ask about, or on how the case should be decided.

**PRELIMINARY INSTRUCTION NO. 17**

You may submit questions to witnesses to clarify their testimony during trial under certain conditions.

If you feel the answer to your question would be helpful in understanding this case, you should raise your hand after the lawyers have completed their examinations but before the witness is excused. I will have you write your question and hand it to the clerk. I will then privately confer with the lawyers about the question and make a ruling on whether the law allows the question to be asked of that witness. If the question is of the type that is allowed, I will address the question to the witness. Please do not directly speak to me, the lawyers, or the witnesses, but carefully follow this procedure if you wish to have a specific question addressed to a witness.

## PRELIMINARY INSTRUCTION NO. 18

These preliminary instructions have been read to you prior to the opening statements of counsel and prior to the introduction of evidence so that you may understand the issues presented for your decision in this case, the rules regarding the burden of proof and the credibility of witnesses, and the manner of weighing the evidence you will hear in this case.

You will receive further instructions after the evidence has been concluded and before the final arguments of counsel.