UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:17-cv-00147-RLY-MPB |
| THE VILLAGE AT HAMILTON POINTE LLC, | ) ) ) | |
|   d/b/a HAMILTON POINTE HEALTH AND REHABILITATION CENTER, | ) ) | |
|   d/b/a HAMILTON POINTE ASSISTED LIVING CENTER | ) ) | |
|   d/b/a THE COTTAGES AT HAMILTON POINTE, | ) ) | |
| Defendants. | ) ) | |

**JUDGMENT**

Prior to trial, the court granted Defendant Tender Loving Care Management, Inc.'s

Motion for Summary Judgment and granted Defendant The Village at Hamilton Pointe's

Motion for Summary Judgment as to 47 Claimants[1]:

| | | |
|---|---|---|
| No. 1  Adrien Chamberlain | No. 2 Sonja Fletcher | No. 5 Tamara McGuire |
| No. 6 Vanessa Miles | No. 9 Trent Carter | No. 11 An'Yel Crawford |
| No. 12 LaShawn Johnson | No. 13 Raven Langley | No. 14 Sheila Langley |
| No. 15 L'Sheila Lewis | No. 17 Edward Partee | No. 18 Takia Roberts |
| No. 20 Montoya Smith | No. 21 Bianca Toliver | No. 22 David Ussery |

---

[1] Class members are identified by their number in the EEOC's Notice of Identification of Class. (Filing No. 50).

| | | |
|---|---|---|
| No. 23 Ruth Washington | No. 24 Carmen Baker | No. 27 Lydia Green |
| No. 28 Sara Johnson | No. 29 Naim Muhammad | No. 32 Kathy Butler |
| No. 33 Kyran Byrd | No. 35 LaKisha Faulk | No. 36 Amber Johnson |
| No. 37 Latiana Merriweather | No. 38 Charah Milan | No. 39 Tamara Moredock |
| No. 40 Mateena Powell | No. 41 Ophelia Stone | No. 42 Katrice Moody |
| No. 43 Sherrlynn Lester | No. 44 Nicole Powell | No. 45 Ronetta Goodloe |
| No. 46 Jennifer Stanley | No. 47 Arletha Cayson | No. 48 Tommy Buggs |
| No. 49 Cynthia Erife | No. 50 Andrea Trask | No. 51 Jacquetta Tyus |
| No. 52 Lenae Watkins | | |

(Filing Nos. 166, 170). The EEOC also agreed to remove the following five Class Members: No. 8 Fallon Brown, No. 25 Savannah Brogden, No. 30 Kimberly Thompson, No. 31 Mia Van Dyke, and No. 34 LaShonda Cooper. (*See* Filing No. 84-14).

On August 1, 2022, the case went to trial with respect to the remaining seven Claimants— Deloris Cook, Amber Cottrell, Angela Gilbert, Donna Grissett, RoShaun Middleton, Yana Shelby, and Aleshia Smith. On August 5, 2022, the jury returned verdicts as to each individual Claimant. Consistent with the jury's verdicts, the court enters judgment in favor of Defendant The Village at Hamilton Pointe and against Plaintiff Equal Employment Opportunity Commission as to Claimants Deloris Cook, Amber Cottrell, Angela Gilbert, Donna Grissett, Yana Shelby, and Aleshia Smith. Plaintiff shall take nothing from the Complaint as to those Claimants. The court also enters judgment in favor of Plaintiff Equal Employment Opportunity Commission and against Defendant The Village at Hamilton Pointe as to Claimant RoShaun Middleton on

his claim for co-worker/resident racial harassment.  On Mr. Middleton's behalf, Plaintiff

Equal Employment Opportunity Commission shall recover from Defendant The Village

of Hamilton Pointe $45,000.


**SO ORDERED** this 11th day of August 2022.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court


By: Deputy Clerk



Distributed Electronically to Registered Counsel of Record.